ORIGINAL



1  MILBERG WEISS BERSHAD
      HYNES & LERACH LLP
2  JOY ANN BULL (138009)
   WILLIAM J. DOYLE II (188069)
3  401 B Street, Suite 1700
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5       - and -
   REED R KATHREIN (139304)
6  100 Pine Street, Suite 2600
   San Francisco, CA 94111
7  Telephone: 415/288-4545
   415/288-4534 (fax)
8
   Co-Lead Counsel for Plaintiffs

   Priority    ✓
   Send        ✓
   Enter       ✓
   Closed
   JS-5/JS-6   ✓
   JS-2/JS-3
   Scan Only

FILED
CLERK U S DISTRICT COURT

JUN 16 2003

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

LODGED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

In re INTUIT PRIVACY LITIGATION     )  Master File No
                                    )   EDCV-00-00123-RT(RCx)
_____)
                                    )
This Document Relates To            )  CLASS ACTION
                                    )
ALL ACTIONS                         )  [PROPOSED] FINAL JUDGMENT
_____)  AND ORDER OF DISMISSAL
                                    )  WITH PREJUDICE

                                       DATE  June 16, 2003
                                       TIME  10 00 a m
                                       COURTROOM  The Honorable
                                                  Robert J. Timlin

ENTERED

JUN 16 2003

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY                      DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

ENTER ON ICMS

JUN 16 2003

JUN 16 2003

1    This matter came before the Court for hearing pursuant to the Order of this

2    Court, dated January 6, 2003, on the application of the parties for approval of the

3    settlement set forth in the Stipulation of Settlement dated as of October 22, 2001 (the

4    "Stipulation")  Due and adequate notice having been given to the Settlement Class

5    as required in said Order, and the Court having considered all papers filed and

6    proceedings had herein and otherwise being fully informed in the premises and good

7    cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND

8    DECREED that

9         1      This Judgment incorporates by reference the definitions in the

10   Stipulation, and all terms used herein shall have the same meanings as set forth in the

11   Stipulation

12        2      This Court has jurisdiction over the subject matter of the Litigation and

13   over all parties to the Litigation, including all Members of the Settlement Class

14        3      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court

15   hereby approves the settlement set forth in the Stipulation and finds that said

16   settlement is, in all respects, fair, just, reasonable and adequate to the Settlement

17   Class

18        4      Except as to any individual claim of those Persons (identified on Exhibit

19   1 attached hereto) who have validly and timely requested exclusion from the

20   Settlement Class, this Court hereby dismisses with prejudice and without costs

21   (except as otherwise provided in the Stipulation) the Litigation against Intuit

22        5      The Court finds that the Stipulation and settlement are fair, just,

23   reasonable and adequate as to each of the Settling Parties, and that the Stipulation and

24   settlement are hereby finally approved in all respects, and the Settling Parties are

25   hereby directed to perform its terms

26        6      Upon the Effective Date hereof, the Representative Plaintiffs and each

27   of the Settlement Class Members shall be deemed to have, and by operation of this

28

- 1 -

1  Judgment shall have, fully, finally, and forever released, relinquished and discharged

2  all Released Claims against the Defendant

3      7      Upon the Effective Date hereof, the Defendant shall be deemed to have,

4  and by operation of this Judgment shall have, fully, finally and forever released,

5  relinquished and discharged each and all of the Settlement Class Members and

6  counsel to the Representative Plaintiffs from all claims (including Unknown Claims),

7  arising out of, in any way relating to, or in connection with the institution,

8  prosecution, assertion, settlement or resolution of the Litigation

9      8      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court

10  hereby certifies, for purposes of effectuating this settlement, a Settlement Class of all

11  users of Intuit's Quicken com website who had their personal financial information

12  accessed, intercepted, or disclosed to entities other than Intuit  Excluded from the

13  Settlement Class are those Persons who timely and validly requested exclusion

14  pursuant to the "Notice of Pendency and Settlement of Class Action" sent to the class

15      9      With respect to the Settlement Class, this Court finds and concludes that

16  (a) the Members of the Settlement Class are so numerous that joinder of all

17  Settlement Class Members in the Litigation is impracticable, (b) there are questions

18  of law and fact common to the Settlement Class which predominate over any

19  individual questions, (c) the claims of the Representative Plaintiffs are typical of the

20  claims of the Settlement Class, (d) the Representative Plaintiffs and their counsel

21  have fairly and adequately represented and protected the interests of all of the

22  Settlement Class Members, and (e) a class action is superior to other available

23  methods for the fair and efficient adjudication of the controversy, considering (i) the

24  interests of the Members of the Settlement Class in individually controlling the

25  prosecution of the separate actions, (ii) the extent and nature of any litigation

26  concerning the controversy already commenced by Members of the Settlement Class,

27  (iii) the desirability or undesirability of continuing the litigation of these claims in

28

this particular forum, and (iv) the difficulties likely to be encountered in the management of the class action

10      The Notice of Pendency and Settlement of Class Action provided to the Settlement Class was the best notice practicable under the circumstances  Said Notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all persons entitled to such notice, and said Notice fully satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure and the requirements of due process

11      Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement  (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity or lack thereof of any Released Claim, or of any wrongdoing or liability of the Defendant, or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of the Defendant in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal  Defendant may file the Stipulation and/or this Judgment in any other action that may be brought against it in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim

12      The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11

13      Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over  (a) implementation of this settlement, and (b) all parties hereto for the purpose of construing, enforcing and administering the Stipulation

14      In the event that the settlement does not become effective in accordance with the terms of the Stipulation, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation

IT IS SO ORDERED

DATED  6/16/03

THE HONORABLE ROBERT J TIMLIN
UNITED STATES DISTRICT JUDGE

G \Cases-SD\Intuit2 set\SLH82002 jgt

- 4 -

-5-

As of June 6, 2003, no requests for exclusion have been received

Exhibit 1

Exhibit 1

-5-

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare

1      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action, that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101

2      That on June 6, 2003, declarant served the [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List

3      That there is a regular communication by mail between the place of mailing and the places so addressed

I declare under penalty of perjury that the foregoing is true and correct Executed this 6th day of June, 2003, at San Diego, California

SUSAN L HAMILTON

INTUIT II
Service List - 6/6/2003    (200-088)
Page 1 of 1

**Counsel For Defendant(s)**

* Aton  Arbisser
Tanya  Shipman
Kaye, Scholer, Fierman, Hays & Handler, LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA  90067
310/788-1000
310/788-1200(Fax)

**Counsel For Plaintiff(s)**

S  Gene Cauley
Cauley Geller Bowman & Rudman, LLP
P O  Box 25438
Little Rock, AR  72221-5438
501/312-8500
501/312-8505(Fax)

David M  Goldstein
Maricic & Goldstein, LLP
10535 Foothill Blvd , Suite 300
Rancho Cucamonga, CA  91729
909/945-9549
909/980-5525(Fax)

William J  Doyle II
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
619/231-1058
619/231-7423(Fax)

Reed R  Kathrein
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
415/288-4545
415/288-4534(Fax)

Brian J  Robbins
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA  92101
619/525-3990
619/525-3991(Fax)

Jonathan W  Cuneo
The Cuneo Law Group, P C
317 Massachusetts Avenue, N E
Suite 300
Washington, DC  20002
202/789-3960
202/789-1813(Fax)

*  Denotes Service via Federal Express